**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

REUBEN PEMBERTON,

         *Plaintiff*,

    v.

DISTRICT OF COLUMBIA, et al.,

         *Defendants*.

1:14-cv-01623-EGS

**DEFENDANTS' ANSWER**

Defendants District of Columbia ("the District") and Nicholas Majett, by and through undersigned counsel, hereby answers the Amended Complaint. Defendants assert that anything not specifically admitted herein is denied, and answers the Amended Complaint as follows:

**First Defense**

The Amended Complaint fails to state a claim upon which relief can be granted.

**Second Defense**

In response to the enumerated paragraphs in the Amended Complaint, Defendants responds as follows:

1. Defendants acknowledge the statutes cited by Plaintiff but does not admit that they apply to this action.

2. To the extent that this paragraph contains legal conclusions, no response is necessary. To the extent that this paragraph contains factual allegations, they are denied.

3. To the extent that this paragraph contains legal conclusions, no response is necessary. To the extent that this paragraph contains factual allegations, they are denied.

## JURISDICTION AND VENUE

4.      Defendants acknowledge the statutes cited by Plaintiff but Defendants does not admit that subject matter jurisdiction is necessarily conveyed therefrom.  To the extent that this paragraph contains factual allegations, they are denied.

5.      Defendants acknowledge the statutes cited by Plaintiff but Defendants does not admit that venue is appropriate thereunder.  Defendants admit that facts giving rise to this case took place in Defendants, but Defendants does not admit that venue is proper on that basis.

## PARTIES

6.      Defendants acknowledge that the DCRA is an executive agency of Defendants. Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

7.      Defendants admit that Nicholas Majett is the former director of DCRA.  To the extent this paragraph contains other factual allegations, they are denied.

## FACTS

8.      The answers set forth in the foregoing paragraphs are adopted and incorporated herein by reference.

9.      Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

10.     Defendants admit that DCRA's Vacant Building Enforcement Unit (VBE) is charged with investigating and classifying vacant and blighted buildings within Defendants of Columbia. VBE's mission is to bring buildings back to productive use. VBE responds to complaints from citizens, Council, and other District agencies and makes a determination of a buildings

occupancy status through building surveys. VBE reaches out to owners of vacant buildings, and maintains a list of all vacant and blighted buildings within the District of Columbia. This list is used by the Office of Tax and Revenue in reclassifying vacant buildings to the higher property tax rate of Class 3 (vacant) or Class 4 (blighted), as mandated in the DC Official Code.  To the extent this paragraph contains other factual allegations, they are denied.

11.     Defendants deny the allegations in this paragraph.

12.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

13.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

14.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

15.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

16.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

17.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

18.     Defendants deny the factual allegations in this paragraph.

19.     Defendants deny the factual allegations in this paragraph.

20.     Defendants deny the factual allegations in this paragraph.

21.     Defendants deny the factual allegations in this paragraph.

22.     Defendants deny the factual allegations in this paragraph.

23.     Defendants deny the factual allegations in this paragraph.

24.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

25.     Defendants deny the factual allegations in this paragraph.

26.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

27.     Defendants deny the factual allegations in this paragraph.

28.     Defendants deny the factual allegations in this paragraph.

29.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

30.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

31.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

32.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

33.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

34.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

35.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

36.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

37.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

38.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

39.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

40.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

41.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

42.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

43.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

44.     Defendants deny the factual allegations in this paragraph.

45.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

46.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

47.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

48.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

49.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required Defendants denies the factual allegations in this paragraph.

50.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required Defendants denies the factual allegations in this paragraph.

51.     Defendants deny the factual allegations in this paragraph.

52.     Defendants deny the factual allegations in this paragraph.

53.     Defendants deny the factual allegations in this paragraph.

54.     Defendants deny the factual allegations in this paragraph.

55.     Defendants deny the factual allegations in this paragraph.

56.     Defendants deny the factual allegations in this paragraph.

57.     Defendants deny the factual allegations in this paragraph.

58.     Defendants deny the factual allegations in this paragraph.

59.     Defendants deny the factual allegations in this paragraph.

60.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required Defendants denies the factual allegations in this paragraph.

61.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

62.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required Defendants denies the factual allegations in this paragraph.

63.     Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

64.    This paragraph contains legal conclusions to which a response is not required. To the extent a response is required Defendants denies the factual allegations in this paragraph.

65.    Defendants deny the factual allegations in this paragraph.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

66.    Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

## Count I: Violation of the Federal Family and Medical Leave Act (FMLA) Interference and Retaliation Claim Against the District of Columbia

67.    The District re-alleges, adopts and incorporates by reference all answers in the forgoing paragraphs.

68.    This paragraph contains legal conclusions to which a response is not required. To the extent a response is required the District denies the factual allegations in this paragraph.

69.    This paragraph contains legal conclusions to which a response is not required. To the extent a response is required the District denies the factual allegations in this paragraph.

70.    This paragraph contains legal conclusions to which a response is not required. To the extent a response is required the District denies the factual allegations in this paragraph.

71.    This paragraph contains legal conclusions to which a response is not required. To the extent a response is required the District denies the factual allegations in this paragraph.

72.    This paragraph contains legal conclusions to which a response is not required. To the extent a response is required the District denies the factual allegations in this paragraph.

73.    This paragraph contains legal conclusions to which a response is not required. To the extent a response is required the District denies the factual allegations in this paragraph.

74.    This paragraph contains legal conclusions to which a response is not required. To the extent a response is required the District denies the factual allegations in this paragraph.

75.     The District lacks sufficient information to admit or deny the factual allegations in this paragraph.

76.     The District lacks sufficient information to admit or deny the factual allegations in this paragraph.

77.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

78.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

79.     The District denies the factual allegations in this paragraph.

80.     The District denies the factual allegations in this paragraph.

81.     The District denies the factual allegations in this paragraph.

82.     The District denies the factual allegations in this paragraph.

83.     The District denies the factual allegations in this paragraph.

## Count II: Violation of the DC Family and Medical Leave Act (DCFMLA) Interference and Retaliation Claim Against the District of Columbia

84.     The District re-alleges, adopts and incorporates by reference all answers in the forgoing paragraphs.

85.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

86.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

87.     The District lacks sufficient information to admit or deny the factual allegations in this paragraph.

88.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

89.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

90.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

91.     The District denies the factual allegations in this paragraph.

92.     The District denies the factual allegations in this paragraph.

93.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

## Count III: Violation of the District of Columbia Human Rights Act, As Amended
## Failure to Accommodate Against the District of Columbia

94.     The District re-alleges, adopts and incorporates by reference all answers in the forgoing paragraphs.

95.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

96.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

97.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

98.     This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required the District denies the factual allegations in this paragraph.

99.     The District lacks sufficient information to admit or deny the factual allegations in this paragraph.

100.    The District denies the factual allegations in this paragraph.

101.    The District denies the factual allegations in this paragraph.

102.    The District denies the factual allegations in this paragraph.

103.    The District denies the factual allegations in this paragraph.

104.    The District denies the factual allegations in this paragraph.

105.    The District denies the factual allegations in this paragraph.

106.    The District denies the factual allegations in this paragraph.

**Count IV:  Violation of the District of Columbia Human Rights Act, As Amended
Discrimination Based Upon Disability and/or Perceived Disability
Against the District of Columbia - Termination**

107.    The District re-alleges, adopts and incorporates by reference all answers in the forgoing

paragraphs.

108.    This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

109.    This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

110.    This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

111.    This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

112.    The District lacks sufficient information to admit or deny the factual allegations in this

paragraph.

113.    The District denies the factual allegations in this paragraph.

114.    The District denies the factual allegations in this paragraph.

115.   The District denies the factual allegations in this paragraph.

116.   The District denies the factual allegations in this paragraph.

117.   The District denies the factual allegations in this paragraph.

118.   The District denies the factual allegations in this paragraph.

**Count V:  Violation of the District of Columbia Human Rights Act, As Amended**
**Discrimination Based Upon Disability and/or Perceived Disability**
**Against the District of Columbia – Harassment and Hostile Work Environment**

119.   The District re-alleges, adopts and incorporates by reference all answers in the forgoing

paragraphs.

120.   This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

121.   This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

122.   This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

123.   This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

124.   The District lacks sufficient information to admit or deny the factual allegations in this

paragraph.

125.   The District denies the factual allegations in this paragraph.

126.   The District denies the factual allegations in this paragraph.

127.   The District denies the factual allegations in this paragraph.

128.   The District denies the factual allegations in this paragraph.

129.   The District denies the factual allegations in this paragraph.

**Count VI:  Constitutional Violation of Fifth and Fourteenth Amendment
Protected Property Interest In Severance Pay Against the District of Columbia
42 USC § 1983**

130.    The District re-alleges, adopts and incorporates by reference all answers in the forgoing

paragraphs.

131.    This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

132.    This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

133.    The District lacks sufficient information to admit or deny the factual allegations in this

paragraph.

134.    The District lacks sufficient information to admit or deny the factual allegations in this

paragraph.

135.    This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required the District denies the factual allegations in this paragraph.

136.    The District lacks sufficient information to admit or deny the factual allegations in this

paragraph.

137.    The District denies the factual allegations in this paragraph.

138.    The District denies the factual allegations in this paragraph.

**Count VII: Violation of the District of Columbia Human Rights Act, As Amended
Discrimination, Harassment, Hostile Work Environment and Aiding Abetting
Discriminatory Practices Based Upon Disability and/or Perceived Disability Against
Defendant Majett**

139.    Majett re-alleges, adopts and incorporates by reference all answers in the forgoing

paragraphs.

12

140.    This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required Majett denies the factual allegations in this paragraph.

141.    This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required Majett denies the factual allegations in this paragraph.

142.    This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required Majett denies the factual allegations in this paragraph.

143.    This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required Majett denies the factual allegations in this paragraph.

144.    Majett denies the factual allegations in this paragraph.

145.    Majett denies the factual allegations in this paragraph.

146.    Majett denies the factual allegations in this paragraph.

147.    Majett denies the factual allegations in this paragraph.

148.    Majett denies the factual allegations in this paragraph.

149.    Majett denies the factual allegations in this paragraph.

150.    Majett denies the factual allegations in this paragraph.

**Count VIII: Intentional Infliction of Emotional Distress  Against Defendant Majett**

151.    The Majett re-alleges, adopts and incorporates by reference all answers in the forgoing paragraphs.

152.    This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required Majett denies the factual allegations in this paragraph.

153.    This paragraph contains legal conclusions to which a response is not required.  To the extent a response is required Majett denies the factual allegations in this paragraph.

154.   This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required Majett denies the factual allegations in this paragraph.

155.   This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required Majett denies the factual allegations in this paragraph.

156.   This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required Majett denies the factual allegations in this paragraph.

157.   This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required Majett denies the factual allegations in this paragraph.

158.   This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required Majett denies the factual allegations in this paragraph.

159.   This paragraph contains legal conclusions to which a response is not required.  To the

extent a response is required Majett denies the factual allegations in this paragraph.

160.   Majett denies the factual allegations in this paragraph.

161.   Majett denies the factual allegations in this paragraph.

## Third Defense

The District denies that it is liable for the incident and/or injuries alleged in the Amended

Complaint and further deny that Plaintiff is entitled to any relief.

## Fourth Defense

At all times relevant herein, the District, its employees, agents and servants, acting within

the course and scope of their employment, have acted in good faith and with the reasonable

belief that their actions were lawful under the circumstances.

## Fifth Defense

Plaintiff may have failed to mitigate his damages.

**Sixth Defense**

Plaintiff's claims may be barred by the doctrines of collateral estoppel or *res judicata*.

**Seventh Defense**

The District, its agents, servants, and employees acting within the course and scope of their employment, have performed their obligations, if any, toward Plaintiff in accordance with all applicable statutory, regulatory, constitutional, and common-law requirements.

**Eight Defense**

Plaintiff may have failed to exhaust his administrative remedies and/or failed to comply with other mandatory filing requirements.

**Ninth Defense**

The District maintained adequate policies and practices against discrimination and harassment of which its workforce was aware and Plaintiff may have unreasonably failed to take advantage of any preventive or corrective opportunities provided by the District.

**Tenth Defense**

Plaintiff's claim may be barred by the applicable statute of limitations.

**Eleventh Defense**

If an impermissible factor was used in taking an employment action against the Plaintiff, the District would have taken the same employment action as was taken against Plaintiff in the absence of the use of the alleged impermissible factor.

**Twelfth Defense**

If Plaintiff was damaged as alleged in the Complaint, said damages were not proximately caused by the District or its employees, agents or servants acting within the scope of their employment.

### Thirteenth Defense

The District and its employees, agents or servants acting within the scope of their

employment are protected by the doctrine of qualified immunity.

### Fourteenth Defense

The District denies that it violated any statutory or constitutional rights of the Plaintiff.

### Fifteenth Defense

Plaintiff is not entitled to any equitable relief from this Court because of his own actions

or lack thereof.

### Sixteenth Defense

The District reserves the right to amend this Answer to the Amended Complaint and to

raise any additional defenses which the evidence in discovery may reveal.

### Set Off

The District is entitled to a set off for any funds paid to Plaintiff from public sources.

### Jury Demand

The District of Columbia hereby demands a trial by jury.


April 10, 2015                              Respectfully submitted,

                                           KARL A. RACINE
                                           Attorney General for the District of Columbia

                                           GEORGE C. VALENTINE
                                           Deputy Attorney General
                                           Civil Litigation Division

                                           */s/ Jonathan H. Pittman*
                                           JONATHAN H. PITTMAN [430388]
                                           Chief, Civil Litigation Division Section III

                                           */s/ Sarah L. Knapp_____*


16

SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600 South
Washington, D.C. 20001
(202) 724-6528
202) 741-8895 (FAX)
Sarah.knapp@dc.gov